MORRIS SIMIANSKY and Another, Copartners, etc., Respondents, v. A. MARKS & SONS, INC., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

SARANAC LAND AND TIMBER COMPANY, Appellant, v. JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent. (Nos. 1 and 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Page, Smith, Shearn and Merrell, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Estate of LAVINIA CLARKSON, an Alleged Incompetent Person. EMILIE V. MOORE, Appellant; LAVINIA CLARKSON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

WOLFF W. FRIEDLANDER, Respondent, v. JOHN HARTLEY and Others, Appellants, Impleaded with Others.— Order affirmed, without costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

J. S. LUNESCHLOSS, INC., Respondent, v. BERMAN BROS. CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

MAURICE L. SHAINE, as Trustee in Bankruptcy, etc., of ABE LEVINE, Trading as IMPERIAL SILK Co. and ABE A. LEVINE, Respondent, v. JULIUS G. KUGELMAN and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of Uhr v. Coulter (172 App. Div. 413). Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

TIMES SQUARE AUTOMOBILE COMPANY, Respondent, v. MOTOR CAR EQUIPMENT COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

BERYL C. HELM, Respondent, v. HAROLD A. HELM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

IRVING E. BURDICK, Appellant, v. FAIRMOUNT FILM CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED HULL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK H. HUBBARD, Respondent, v. SYENITE-TRAP ROCK COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANKLIN BUILDING COMPANY, a Corporation, Respondent, v. JOHN B. FINN and Another, Copartners, etc., Appellants.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.